◼ In the Matter of JAMES DONAH, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents. [6 NYS3d 332]—

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

A correction officer unlocked the door to petitioner's cell to allow him access to the shower. A second officer followed and, as that officer approached the cell, petitioner made direct eye contact with him and forcefully threw open the door. To avoid being struck in the head and face, the officer raised his arm to absorb the impact. As a result of this incident, petitioner was charged in a misbehavior report with assaulting staff and engaging in violent conduct. He was found guilty of the charges following a tier III disciplinary hearing. The determination was later affirmed on administrative appeal and this CPLR article 78 proceeding ensued.

We confirm. The misbehavior report, together with the testimony of the correction officer who prepared it and the related documentation, provide substantial evidence supporting the determination of guilt (*see Matter of Payne v Corcimiglia*, 98 AD3d 1175, 1175 [2012]; *Matter of Cornelius v Fischer*, 98 AD3d 779, 780 [2012]). Petitioner's claims that the report was written in retaliation for prior grievances that he had filed, and that he hit the officer with the door by accident, presented credibility issues for the Hearing Officer to resolve (*see Matter of Guillory v Fischer*, 111 AD3d 1005, 1005 [2013]; *Matter of Fowler v Fischer*, 106 AD3d 1344, 1345 [2013], *lv denied* 21 NY3d 865 [2013]). His remaining contentions have not been preserved for our review.

Peters, P.J., McCarthy, Garry and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.